UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EL CAMINO HOSPITAL,<br><br>   Plaintiff,<br><br>v.<br><br>BLUE CROSS OF CALIFORNIA,<br><br>   Defendant. | Case No.: 5:14-CV-00662-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

This matter is currently set for a Case Management Conference on July 11, 2014. In light of the pending Motion to Remand, see Docket Item No. 17, the court finds that a conference is premature at this time and hereby VACATES the conference. The court shall set a Case Management Conference, if necessary, in its order on Plaintiff's Motion to Remand.

**IT IS SO ORDERED**

Dated: July 8, 2014

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:14-CV-00662-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE